McNitt v. BIC Corporation          CV-91-98-B     01/22/93

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

Jonathan R. McNitt, et al.

　　v.                                    Civil No. 91-98-PB

BIC Corporation


O R D E R


Pursuant to Federal Rule of Civil Procedure 72(a), a federal district court may set aside a ruling of a Magistrate Judge if the court finds the ruling to be "clearly erroneous or contrary to law."  Fed. R. Civ. P. 72(a); see also Pagano v. Frank, No. 91-1952, slip op. at 5 (1st Cir. January 13, 1993).  Upon review, the court finds that the Magistrate's Order dated October 29, 1992, did not breach this standard.  Accordingly, defendant's objection to the Magistrate's Order (Document no. 37) is denied.

With respect to the deposition of Leonard Coppetta, the parties are directed to follow the guidelines established by the Magistrate's Order.  If difficulties emerge during this process which the parties cannot resolve themselves, the parties should file appropriate motions with this court.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

January  22, 1993


cc:  David J. KillKelley, Esq.
     Chester A. Janiak, Esq.
     Mark F. Sullivan, Esq.
     Thomas W. Kelliher, Esq.